UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of Sheet Metal<br>Local #10, Control Board Trust Fund | Civil No. 10-CV-1054 (JNE/SRN) |
| Plaintiffs, | ORDER |
| v. | |
| Swanson Plumbing & Heating, Inc., | |
| Defendant. | |

Carl S. Wosmek, Amy L. Court & Michael P. Eldridge, McGrann, Shea, Carnival, Straughn & Lamb, Chartered, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402, for Plaintiffs

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of a Default Money Judgment is granted. Judgment, in the amount of $14,872.98, is entered against Defendant and in favor of Plaintiffs. Let judgment be entered accordingly.

Dated: 9-29, 2010.

s/ Joan N. Ericksen
Judge Joan N. Ericksen
United States District Court Judge

1